UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL FOREST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:04CV686-DJS |
| | ) |
| BARNES-JEWISH HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

### PARTIAL JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that summary judgment is entered in this action in favor of defendant Barnes-Jewish Hospital and against plaintiff Darnell Forest on all of plaintiff's claims against defendant except for plaintiff's discriminatory training claim under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634.

Dated this    10th    day of May, 2006.

                                                /s/Donald J. Stohr
                                              UNITED STATES DISTRICT JUDGE