UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL FOREST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:04CV686-DJS |
| | ) |
| BARNES-JEWISH HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that summary judgment is entered in this action in favor of defendant Barnes-Jewish Hospital and against plaintiff Darnell Forest on plaintiff's remaining claim against defendant.

Dated this ___8th___ day of August, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE